(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) ROBERT ROBERTS   207916
(Name of Plaintiff)    (Inmate Number)

HRYCI P.O. BOX 9561 Wilmington, DE 19809
(Complete Address with zip code)

BAITUL-ISLAM
(2) ALL MUSLIMS AT HRYCI
(Name of Plaintiff)    (Inmate Number)

08-61

(Case Number)
(to be assigned by U.S. District Court)

(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) WARDEN /OR ACTING WARDEN

(2) _____

☑ Jury Trial Requested

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE IN Delaware

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed Remedies

2. What was the result? NO REPLY TO ANY

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: ROBERT ROBERTS

Employed as NOTHING at

Mailing address with zip code: HRYCI P.O. Box 9561

Wilmington DE 19809

(2) Name of second defendant: SAME

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Muslims aren't allowed to have Friday services but Christians can have church with Christian inmates in charge of equipment, choir, books and preaching while muslims and other Faiths are either forced to stay in their cells or go to church. Muslims aren't allowed

2. to sit and talk about Islam or to pray on pod like Christians.

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. An investigation as to why is this matter like this. And 2.4 million dollars in relief.

3

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26th__ day of __January__, __2008__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

ROBERT ROBERTS SBI# 207916
HRYCI P.O. Box 9561
Wilmington, DE 19809



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 KING STREET U.S. COURTHOUSE
WILMINGTON, DELAWARE
19801

LEGAL MAIL ONLY