

Robert Roberts
SBI# 207916
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809



FILED
FEB 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Utility Events**

1:08-cv-00061-UNA Roberts v. Warden/ or Acting Warden
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/6/2008 at 3:45 PM EST and filed on 2/6/2008
**Case Name:**     Roberts v. Warden/ or Acting Warden
**Case Number:**    1:08-cv-61
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)

**1:08-cv-61 Notice has been electronically mailed to:**

**1:08-cv-61 Notice has been delivered by other means to:**

Robert Roberts
SBI# 207916
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809