

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED
INMATE UNKNOWN
INMATE RELEASED
CORRESPONDENCE REFUSED

FEB 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

08-61(JJF)

$ 00.410
02 1A
0004615572    FEB 18 2008
MAILED FROM ZIPCODE 19802

UNITED STATES POSTAGE
PITNEY BOWES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT ROBERTS,                    :
                                   :
              Plaintiff,           :
                                   :
    v.                             : Civ. Action No. 08-061-JJF
                                   :
WARDEN OR ACTING WARDEN,           :
                                   :
              Defendant.           :

## O R D E R

Plaintiff Robert Roberts,[1] an inmate at the Howard R. Young Correctional Institution, filed this action pursuant to 42 U.S.C. § 1983. He proceeds pro se and filed this action without prepayment of the required filing fee. Accordingly, the Court presumes that he wishes to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The Prison Litigation Reform Act ("PLRA") provides that a prisoner cannot bring a new civil action or appeal a judgment in a civil action in forma pauperis if he has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(g). A case dismissed as frivolous prior to the enactment of the PLRA (i.e., April 26, 1996) is counted when

---

[1]Plaintiff, is also known as Robert D. Roberts, Robert Darnell Roberts, and Abdullah Rahiym Ibn Talal, and is a well-known past frequent filer in the United States District Court for the District of Maryland. Roberts v. Cobb, Civ. Action No. AW-06-1695 at D.I. 3 (D. Md. 2006).