

**Utility Events**
1:08-cv-00061-JJF Roberts v. Warden/ or Acting Warden
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 4/17/2008 at 10:30 AM EDT and filed on 4/16/2008
**Case Name:**      Roberts v. Warden/ or Acting Warden
**Case Number:**    1:08-cv-61
**Filer:**
**WARNING: CASE CLOSED on 04/16/2008**
**Document Number:** No document attached

**Docket Text:**
**CASE CLOSED per D.I. [6] (nms)**


**1:08-cv-61 Notice has been electronically mailed to:**

**1:08-cv-61 Notice has been delivered by other means to:**

Robert Roberts
285 Sycamore Road
Elkton, MD 21921